**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re** | : | **Chapter 13** |
| **Andrew J. Reed,** | : | |
| Debtor. | : | **Case No. 17-10567 (JKF)** |
| _____ | | |
| **Andrew J. Reed,** | : | |
| **Plaintiff,** | : | |
| v. | : | |
| **Nationstar Mortgage, LLC d/b/a Champion Mortgage Company,** | : | |
| **Defendant.** | : | **Adversary No. 17-0200** |
| _____ | | |

## **PRELIMINARY PRETRIAL ORDER**

This 29th day of August, 2017, the plaintiff having filed an adversary proceeding and the defendant having filed a responsive pleading;

It is hereby ORDERED that a mandatory preliminary pretrial/settlement conference to discuss the status of pretrial issues on the above-captioned adversary proceeding shall be held on **Tuesday, September 19, 2017, at 2:00 p.m.** in Bankruptcy Courtroom #3, Robert N.C. Nix, Sr., Federal Building and Post Office, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania.

It is further ORDERED that the disclosure requirements of Fed.R.Civ.P. 26(a)(1), (a)(2), and (a)(3) as well as the conference and discovery plan provisions of Fed.R.Civ.P. 26(f) do not apply to this proceeding at this time.

*[signature]*
_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

**Counsel for Plaintiff**
Michael A. Cataldo, Esquire
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

**Counsel for Defendant**
Daniel Robert Schimizzi, Esquire
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200
GulfTower
Pittsburgh, PA 15219

**Courtroom Deputy**
Ms. Joan Ranieri